

**Mary Higgins, Esq.**

MCLEAN HIGGINS ATTORNEY AT LAW
1000 N. West Street, Suite 1259
Wilmington, Delaware 19801
Phone 302-894-HELP
Fax 302.295-4801
higginsmfm@gmail.com

March 25, 2014

<u>VIA ELECTRONIC FILING</u>
The Honorable Sue L. Robinson
United States District Court
844 North King St., Unit 31
Wilmington, DE 19801-3570

   RE: VICTORIA BURNS V. ASSET ACCEPTANCE, LLC
     C.A. NO.: 1:14-cv-00031-SLR

Dear Judge Robinson:

This letter is to inform the Court that a settlement has been reached between the parties in substance. Proper dismissal papers will be filed presently, as soon as the settlement is completed in form.

If you have any further questions or concerns, please feel free to contact me directly.

            Very truly yours,

            Mary Higgins

cc: Clerk of the Court (Via U.S. Mail, Unit 18)
   LaTi Spence, Esquire (Via Email.)
   Michael P. Forbes, Esq. (Via Email)