# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTORIA BURNS, | ) |
| | ) |
| Plaintiff, | ) C.A. No: 1:14-CV-00031-SLR-SRF |
| v. | ) |
| | ) |
| ASSET ACCEPTANCE, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Rule 41(a)(1), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: May 29, 2014        */s/Mary Higgins*
                          Mary Higgins, Esquire
                          DE Bar ID No. 4179
                          1000 N. West St., Ste. 1259
                          Wilmington, DE 19801
                          (ph) (302) 894-4357
                          (fx) (302) 295-4801